# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,  :  No. 108 WM 2019
:
Respondent  :
:
:
:
v.  :
:
:
EDWARD COON,  :
:
Petitioner  :

## ORDER

**PER CURIAM**

    **AND NOW**, this 31st day of December, 2019, the "Application to Appeal *Nunc Pro Tunc*" is DENIED.